AO 440 (Rev 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Wisconsin Staffing Services, Inc.,

          *Plaintiff,*

v.                                       Case No. 0:14-cv-01803-JNE-JJG

ARA, Inc.,

          *Defendant.*

## SUMMONS IN A CIVIL ACTION

To: ARA, Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Bryan A Welp
        80 S 8th St Ste 4200
        Mpls, MN
        55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*

By: 

Signature of Clerk or Deputy Clerk

Janelle Zuech

Date of Issuance: June 5, 2014

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:14-cv-01803-JNE-JJG

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: ARA, Inc.

Date of Service: June 6th 2014

### Method of Service

✓ Personally served at this address: DAVID DOURGARIAN - PRESIDENT
3140 Neil Armstrong Blvd. 203 Eagan, MN 55121

___ Left copies at defendant's usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

### Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: JAMES BASA

Signature of Server: James Basa

Date: June 9th 2014

Server's Address: 14037 Yosemite Ave S. Savage, MN 55378