"Re"   *Wisconsin Staffing Service, Inc. v. ARA, Inc.*
        Court File No. 14cv1803 JNE/JJG

### AFFIDAVIT OF SERVICE BY PERSONAL SERVICE

STATE OF MINNESOTA    )
                      ) ss
COUNTY OF HENNEPIN    )

JAMES BASA, of the City of SAVAGE, County of SCOTT, in the State of Minnesota, being duly sworn on oath says: that on the 6th day of June, 2014, he/she personally served the following:

1. Summons;

2. Complaint;

3. Civil Cover Sheet; and

4. Plaintiff's Rule 7.1 Disclosure Statement.

upon the persons listed below:

ARA, Inc.
Attn: Gregg Dourgarian
Chief Executive Officer
3140 Neil Armstrong Blvd #203
Eagan, MN 55121

by handing to and leaving with DAVID DOURGARIAN, PRESIDENT a true and correct copy thereof.

_____
Name: James Basa

Subscribed and sworn to before me this 9th day of June, 2014.

_____
Notary Public



CARMEL ANN FUNK
Notary Public
Minnesota
My Commission Expires January 31, 2015

DOCS-#4218001-v1