# Exhibit Index

*Wisconsin Staffing Services, Inc. v. ARA, Inc.*
Court File No. 14cv1803

Exhibit A     Factoring Agreement

Exhibit B     Addendum

Exhibit C     IRS Letter (05-23/2014)